UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VICTORIA MEDER,

        Plaintiff,

-against-

THE CITY OF NEW YORK and the
NEW YORK CITY DEPARTMENT OF
EDUCATION,

        Defendants.
----------------------------------------------------------------X

JUDGMENT
05-CV- 0919 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 3 0 2007 ★
BROOKLYN OFFICE

  A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 26, 2007, granting defendants' motion for summary judgment on plaintiff's claims pursuant to ADEA and the New York State Human Rights Law; it is

  ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that defendants' motion for summary judgment on plaintiff's claims pursuant to ADEA and the New York State Human Rights Law is granted.

Dated: Brooklyn, New York
   April 27, 2007

              s/Robert C. Heinemann

              ROBERT C. HEINEMANN
              Clerk of Court